MORGAN, LEWIS & BOCKIUS LLP
CARLA J. FELDMAN, State Bar No. 119864
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Defendant
THE SALVATION ARMY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES NARANJO,<br><br>             Plaintiff,<br><br>vs.<br><br>THE SALVATION ARMY and DOES 1 through 20 inclusive,<br><br>             Defendant. | Case No. C 062005 JCS<br><br>**SUBSTITUTION OF ATTORNEY** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, THE SALVATION ARMY, hereby substitutes the law firm of Morgan, Lewis & Bockius, LLP, whose office is located at 300 South Grand Avenue, Suite 2200, Los Angeles, CA 90071, telephone number (213) 612-2500, as its counsel of record in lieu and in place of the law firm of Loeb & Loeb, LLP, 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067, telephone number (310) 282-2000.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/880927.1

SUBSTITUTION OF ATTORNEY

| | | |
|---|---|---|
| 1 | Dated: April 24, 2006 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By _[signature]_ |
| 4 | | Carla J. Feldman<br>Attorneys for Plaintiff |
| 5 | | THE SALVATION ARMY |
| 6 | Dated: April ____, 2006 | MICHAEL WOODRUFF, ESQ. |
| 7 | | |
| 8 | | By _____ |
| 9 | | General Counsel<br>for THE SALVATION ARMY |

We consent to this substitution:

Dated: April 25, 2006          LOEB & LOEB LLP

By _[signature: Scott]_

I accept this substitution and acknowledge that I am duly admitted to practice in this district.

Dated: April 26, 2006          By _[signature]_
                               Carla J. Feldman
                               State Bar No. 119864

| | | |
|---|---|---|
| 1 | Dated: April ____, 2006 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | Carla J. Feldman<br>Attorneys for Plaintiff |
| 5 | | THE SALVATION ARMY |
| 6 | Dated: April _25_, 2006 | MICHAEL WOODRUFF, ESQ. |
| 7 | | |
| 8 | | By _/s/ Michael Woodruff_____ |
| 9 | | General Counsel<br>for THE SALVATION ARMY |

We consent to this substitution:

Dated: April ____, 2006         LOEB & LOEB LLP

By _____

I accept this substitution and acknowledge that I am duly admitted to practice in this district.

Dated: April ____, 2006         By _____
Carla J. Feldman
State Bar No. 119864

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California 90071-3132. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On April 26, 2006, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

## SUBSTITUTION OF ATTORNEY

in a sealed envelope, postage fully paid, addressed as follows:

Yosef Peretz, Esq.
KLETTER & PERETZ
One Embarcadero Center, Suite 1200
San Francisco, CA 94111

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on April 26, 2006, at Los Angeles, California.

I declare under the penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Adriana Reyes

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/881321.1

()