IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOLORES NARANJO,

        Plaintiff,

v.

THE SALVATION ARMY,

        Defendant.

No. C 06-02005 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 6, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 10/6/06.

DESIGNATION OF EXPERTS: 11/30/06; REBUTTAL: 12/4/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 18, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by October 13, 2006;

    Opp. Due October 27, 2006; Reply Due November 3, 3006;

    and set for hearing no later than November 17, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 23, 2007 at 3:30 PM.

COURT TRIAL DATE: February 5, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall meet and confer re: the filing of an amended complaint. If they are unable to stipulate, then a motion shall be filed and briefed as indicated above.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/24/06

SUSAN ILLSTON
United States District Judge