**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES NARANJO,<br><br>     Plaintiff,<br><br>  v.<br><br>THE SALVATION ARMY,<br><br>     Defendant.<br>_____/ | No. C 06-2005 SI<br><br>**ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO PROPOUND THREE ADDITIONAL INTERROGATORIES** |

By letter briefs, the parties have submitted a discovery dispute to the Court for resolution.[1] The parties engaged in some discovery in state court prior to removal, and have agreed that they should be allowed to propound at least 25 more interrogatories after removal. The instant dispute centers on whether plaintiff should be permitted to propound three interrogatories in addition to the agreed-upon 25 provided for by the Federal Rules.

The Court concludes that plaintiff has shown good cause to propound Interrogatory Nos. 26 and 27 because virtually identical interrogatories were propounded by plaintiff when the case was being litigated in state court prior to removal; defendant responded to those interrogatories but, after removal, refused to engage in the meet and confer process regarding the state court discovery on the ground that such discovery was completed. Because plaintiff attempted to meet and confer regarding perceived deficiencies in defendant's state discovery responses, the Court finds there is good cause to allow Interrogatory Nos. 26 and 27.[2]

---

[1] The letter briefs are found at Docket Nos. 25 and 29.

[2] The Court notes that these two interrogatories actually constitute multiple interrogatories because they each contain subparts. *See* Fed. R. Civ. P. 33(a).

However, plaintiff has not sufficiently demonstrated good cause to propound Interrogatory No. 28. Between the discovery propounded in state and federal court, plaintiff has already had the opportunity to propound far in excess of the 25 interrogatories normally allowed in federal court. Plaintiff may obtain the information sought in Interrogatory No. 28 by other means, such as a deposition of the person most knowledgeable regarding the matters described in the proposed interrogatory.

**IT IS SO ORDERED.**

Dated:   September 12, 2006

SUSAN ILLSTON
United States District Judge