IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOLORES NARANJO,

        Plaintiff,

  v.

THE SALVATION ARMY,

        Defendant.
                                       /

No. C 06-02005 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS: 1/8/07; REBUTTAL: 1/19/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 16, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by November 9, 2006 ;

    Opp. Due November 24, 2006;  Reply Due December 1, 2006;

    and set for hearing no later than December 15, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 13, 2007 at 3:30 PM.

JURY TRIAL DATE: March 26, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court issued a new trial schedule as indicated above.

The parties agree to participate in a follow-up mediation session before the end of October 2006. Counsel shall inform the Court of the date of the session.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/11/06

                                            SUSAN ILLSTON
                                            United States District Judge